## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DAPHNEE VERGEAU PERRET,

        Plaintiff,

v.                                   Case No:  6:22-cv-31-RBD-LHP

CHIEF OF THE IMMIGRANT
INVESTOR PROGRAM OFFICE,
U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,
SECRETARY, DEPARTMENT OF
HOMELAND SECURITY,
U.S. ATTORNEY GENERAL and
DIRECTOR, U.S. CITIZENSHIP
AND IMMIGRATION SERVICES

        Defendants.

_____

### ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice

(Doc. 16) filed March 14, 2022.  No answer has been filed.  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** with prejudice.  The Clerk

is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 31,

2022.



ROY B. DALTON JR.
United States District Judge